**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Virginia
_____
(State)

Case number *(if known):* _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1.  Debtor's Name** | **Penn Virginia Corporation** | |
| **2.  All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **N/A** | |
| **3.  Debtor's federal Employer Identification Number** (EIN) | **23-1184320** | |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **Four Radnor Corporate Center, Suite 200** | |
| Number          Street | Number          Street |
| **100 Matsonford Road** | |
| | P.O. Box |
| **Radnor, Pennsylvania 19087** | |
| City                    State        Zip Code | City                    State        Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **Delaware County, Pennsylvania** | |
| County | Number          Street |
| | |
| | City                    State        Zip Code |

**5.  Debtor's website** (URL)    **http://www.pennvirginia.com/**

**6.   Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐  Partnership (excluding LLP)

☐  Other. Specify: _____

Debtor    **Penn Virginia Corporation**
_____    Case number *(if known)* _____
Name

---

**7.  Describe debtor's business**

A.  *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

---

B.  *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

---

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2111**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.**

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____    When _____    Case number _____
MM/DD/YYYY

District _____    When _____    Case number _____
MM/DD/YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No

☒ Yes.    Debtor    **See Rider 1**
_____    Relationship    **Affiliate**
_____

District    **Eastern District of Virginia**
_____    When

Case number, if known _____    **05/12/2016**
MM / DD / YYYY

---

Debtor _____
      **Penn Virginia Corporation**
      Name

Case number *(if known)* _____

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number            Street

_____
City                              State      Zip Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency   _____

       Contact name      _____

       Phone            _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49           ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000    ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million        ☒ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

| Debtor | **Penn Virginia Corporation** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**16. Estimated liabilities**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☒ | $1,000,000,001-$10 billion |
| ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/12/2016**
                MM/ DD / YYYY

x  *[signature]*                                           R. Seth Bullock
Signature of authorized representative of debtor          Printed name

Title    **Authorized Signatory**

**18. Signature of attorney**

x  /s/ Michael A. Condyles                    Date    **05/12/2016**
Signature of attorney for debtor                      MM/ DD/YYYY

**Michael A. Condyles**
Printed name

**Kutak Rock LLP**
Firm name

**Bank or America Center**
**1111 East Main Street, Suite 800**
Number            Street

**Richmond**                              **VA**          **23219**
City                                      State          ZIP Code

**(804) 343-5227**                        **Michael.Condyles@KutakRock.com**
Contact phone                             Email address

**27807**                    **VA**
Bar number                   State

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Eastern District of Virginia_____
(State)

Case number *(if known):* _____     Chapter ___11___

☐ Check if this is an
amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Eastern District of Virginia for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Penn Virginia Corporation.

- Penn Virginia Corporation
- Penn Virginia Holding Corp.
- Penn Virginia MC Corporation
- Penn Virginia MC Energy L.L.C.
- Penn Virginia MC Operating Company L.L.C.
- Penn Virginia Oil & Gas Corporation
- Penn Virginia Oil & Gas GP LLC
- Penn Virginia Oil & Gas LP LLC
- Penn Virginia Oil & Gas, L.P.

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PENN VIRGINIA CORPORATION, | ) | Case No. 16-_____ (____) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1.    If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    **001-13283**

2.    The following financial data is the latest available information and refers to the debtor's condition, unless otherwise indicated, on December 31, 2015, and is presented on an unaudited and consolidated basis for the Debtor and certain of its affiliates.

(a)    Total assets                                          $    517,700,000

(b)    Total debts (including debts listed in 2.c., below)                     $    1,432,846,000

(c)    Debt securities held by more than 500 holders            **N/A**

(d)    Number of shares of preferred stock            2,201,516 shares (386,355 of Series A and 1,815,161 of Series B)[1]

(e)    Number of shares common stock            86,462,978 shares[2]

Comments, if any:    **The total asset value listed in 2(a) above is based on the book value of the Debtor and certain of its affiliates on a consolidated basis as of December 31, 2015.**

3.    Brief description of debtor's business:    **Penn Virginia Corporation, together with its debtor affiliates, is an independent oil and gas company engaged in the onshore exploration, development and production of oil, natural gas liquids and natural gas. The Debtors' recent operations consist primarily of drilling unconventional horizontal development wells in the Eagle Ford Shale in South Texas. They also have less significant operations in Oklahoma, primarily the Granite Wash.**

4.    List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Name of Holder | Percentage of Shares of Ownership[3] |
|---|---|
| UBS O'Connor, LLC | 51.49% (Preferred A) |
| Capstone Investment Advisors, LLC | 37.02% (Preferred A) |
| Palisade Capital Management, LLC | 9.51% (Preferred A) |
| UBS O'Connor, LLC | 30.27% (Preferred B) |
| Seaport Global Securities, LLC | 21.63% (Preferred B) |
| Whitebox Advisors, LLC | 10.35% (Preferred B) |

---

[1]    As of March 10, 2016.

[2]    As of March 10, 2016.

[3]    As of January 20, 2016.

## <u>PENN VIRGINIA CORPORATION</u>

May 9, 2016

I, Nancy M. Snyder, Corporate Secretary of Penn Virginia Corporation, a Virginia corporation (the "<u>Corporation</u>"), do hereby certify the following:

1.     I am the duly qualified and appointed Corporate Secretary of the Corporation.

2.     Attached hereto as **<u>Exhibit A</u>** is a true, correct, and complete copy of the resolutions (the "<u>Resolutions</u>") duly adopted by the board of directors of the Corporation acting pursuant to the Corporation's bylaws (as amended, amended and restated, modified, supplemented, or replaced from time to time, the "<u>Bylaws</u>").

3.     The Resolutions are not inconsistent with the Bylaws.

4.     The Resolutions have not been amended, modified, repealed, or rescinded since adopted, and are in full force and effect on and as of the date hereof.

[Signature page follows]

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the date first written above.

By: _____

Name:   Nancy M. Snyder

Title:   Corporate Secretary

**<u>EXHIBIT A</u>**

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## PENN VIRGINIA CORPORATION

May 9, 2016

### RESTRUCTURING SUPPORT AGREEMENT, RELATED DOCUMENTS, AND TERMINATION OF THE EXISTING SWAP AGREEMENT

WHEREAS, the board of directors (the "Board") of Penn Virginia Corporation (the "Corporation") reviewed the materials presented by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the effect of the foregoing on the Corporation's business.

WHEREAS, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

WHEREAS, the Corporation has negotiated a restructuring support agreement, in form or substantially in the form thereof submitted to the Board (the "Restructuring Support Agreement"), with the Parties (as such term is defined in the Restructuring Support Agreement).

WHEREAS, certain parties have agreed to backstop a rights offering of the new common stock to be issued under the Plan, substantially on the terms and conditions set forth in the Backstop Commitment Agreement attached to the Restructuring Support Agreement as Exhibit C (the "Backstop Commitment Agreement").

WHEREAS, certain parties have committed to provide the Corporation and certain of its affiliates access to a new reserve-based lending facility (the "Exit Facility") under the Plan, substantially on the terms and conditions set forth in the term sheet attached to the Restructuring Support Agreement as Exhibit D) and the commitment letter and related fee letter with respect thereto attached to the Restructuring Support Agreement as Exhibit E (the "Commitment and Fee Letters").

WHEREAS, the Restructuring Support Agreement requires, as a condition to its effectiveness, the Corporation's termination of the existing swap agreement (the "Existing Swap Agreement") with certain of the Secured Lenders (as defined below) or their affiliates.

WHEREAS the Restructuring Support Agreement provides that it can be terminated if the Board determines, after receiving

advice from counsel, that proceeding with the transactions contemplated by the Restructuring Support Agreement (including, without limitation, the Plan or solicitation of the Plan) would be inconsistent with the exercise of its fiduciary duties.

WHEREAS, after careful consideration the Board has determined that the Corporation's entry into the Restructuring Support Agreement and the performance of the transactions contemplated thereby are advisable and in the best interests of the Corporation and its stakeholders.

NOW, THEREFORE, BE IT:

RESOLVED, that in the business judgment of the Board, it is desirable and in the best interests of the Corporation, its stakeholders, its creditors, and other parties in interest, to enter into the Restructuring Support Agreement and that the Corporation's performance of its obligations under the Restructuring Support Agreement, including with respect to the Backstop Commitment Agreement, the Exit Facility, the Commitment and Fee Letters, the termination of the Existing Swap Agreement, and all other exhibits, schedules, attachments, and ancillary documents or agreements related thereto, hereby is, in all respects, authorized, and approved.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized to execute, on behalf of the Corporation, the Restructuring Support Agreement, the Backstop Commitment Agreement, the Exit Facility, the Commitment and Fee Letters, and all other exhibits, schedules, attachments, and ancillary documents or agreements related thereto.

## CHAPTER 11 FILING

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Corporation's affiliates, collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court").

RESOLVED, that in the judgment of the Board, upon advice from the Corporation's advisors, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be, and hereby is, authorized to

file or cause to be filed the chapter 11 plan of reorganization (the "<u>Plan</u>") and related disclosure statement (the "<u>Disclosure Statement</u>"), substantially consistent with the form of the Plan and Disclosure Statement presented to the Board prior to the date of filing.

RESOLVED, that the Chief Executive Officer, Chief Financial Officer, Chief Restructuring Officer, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, or any other duly appointed officer of the Corporation (collectively, the "<u>Authorized Officers</u>"), acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Corporation all petitions, schedules, lists, and other motions, objections, replies, applications, papers, or documents, including the Plan and Disclosure Statement, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business.

## <u>DEBTOR-IN-POSSESSION FINANCING, CASH COLLATERAL, ADEQUATE PROTECTION, AND NEW SWAP AGREEMENTS</u>

RESOLVED, that the Corporation will obtain benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "<u>Cash Collateral</u>"), which is security for certain prepetition secured lenders (collectively, the "<u>Secured Lenders</u>") party to that certain Credit Agreement, dated as of September 28, 2012, as amended, modified, or supplemented, and in effect immediately prior to May 12, 2016 (the "<u>Petition Date</u>"), among Penn Virginia Holding Corp., as borrower ("<u>Borrower</u>"), Penn Virginia Corporation, as parent, Wells Fargo Bank, National Association, as administrative agent and issuing bank, Royal Bank of Canada, as syndication agent, Bank of Nova Scotia and Bank of America, N.A., as co-documentation agents, Wells Fargo Securities, LLC and RBC Capital Markets as joint bookrunners and joint lead arrangers, and the lenders that are parties thereto from time to time.

RESOLVED, that in order to use and obtain the benefits of the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, the Corporation will provide certain adequate protection to the Secured Lenders (the "<u>Adequate Protection Obligations</u>"), as documented in a proposed interim order (the "<u>Interim DIP Order</u>") and submitted for approval to the Bankruptcy Court.

RESOLVED, that in the business judgment of the Board, it is desirable and in the best interests of the Corporation, its stakeholders, its creditors, and other parties in interest, to enter into a certain new debtor-in-possession credit agreement (the "DIP Credit Agreement"), in form or substantially in the form thereof submitted to the Board.

RESOLVED, that the form, terms, and provisions of the DIP Credit Agreement, and the form, terms, and provisions of such other agreements, certificates, and instruments contemplated thereby (including the DIP Credit Agreement, collectively, the "DIP Credit Agreement Documents") be, and hereby are, authorized, adopted, and approved, and each of the Authorized Officers of the Corporation be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of the DIP Credit Agreement Documents, and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the officers of the Corporation executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof.

RESOLVED, that the form, terms, and provisions of the Interim DIP Order to which the Corporation is or will be subject, and the actions and transactions contemplated thereby be, and hereby are, authorized, adopted, and approved, and each of the Authorized Officers of the Corporation be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Interim DIP Order, and such other agreements, certificates, instruments, receipts, petitions, motions, objections, replies, or other papers or documents to which the Corporation is or will be a party, including, but not limited to, any term sheet, credit agreement, security, and pledge agreement, or guaranty agreement  (collectively with the Interim DIP Order and the DIP Credit Agreement Documents, the "DIP Documents"), and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the officers of the Corporation executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof.

4

RESOLVED, that in the business judgment of the Board, it is desirable and in the best interests of the Corporation, its stakeholders, its creditors, and other parties in interest, to enter into certain new swap agreements (the "New Swap Agreements") with certain of the Secured Lenders or their affiliates as permitted by, and in accordance with, the DIP Documents.

RESOLVED, that the Corporation, as debtor and debtor in possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Documents (collectively, the "Adequate Protection Transactions").

RESOLVED, that the Authorized Officers of the Corporation be, and they hereby are, authorized and directed, and each of them acting alone hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Corporation, as debtors and debtors in possession, to take such actions as in their discretion is determined to be necessary, desirable, or appropriate and execute the New Swap Agreements and the Adequate Protection Transactions, including delivery of: (a) the DIP Documents and such agreements, certificates, instruments, guaranties, notices, and any and all other documents, including, without limitation, any amendments to any DIP Documents (collectively, the "Adequate Protection Documents"); (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the Agents; and (c) such forms of deposit account control agreements, officer's certificates, and compliance certificates as may be required by the DIP Documents or any other Adequate Protection Document.

RESOLVED, that each of the Authorized Officers of the Corporation be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Corporation to file or to authorize the Agents to file any Uniform Commercial Code (the "UCC") financing statements, any other equivalent filings, any intellectual property filings and recordation and any necessary assignments for security or other documents in the name of the Corporation that the Agents deem necessary or appropriate to perfect any lien or security interest granted under the Interim DIP Order, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Corporation and such other filings in respect of

intellectual and other property of the Corporation, in each case as the Agents may reasonably request to perfect the security interests of the Agents under the Interim DIP Order.

RESOLVED, that each of the Authorized Officers of the Corporation be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Corporation to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Adequate Protection Transactions and all fees and expenses incurred by or on behalf of the Corporation in connection with the foregoing resolutions, in accordance with the terms of the Adequate Protection Documents, which shall in their sole judgment be necessary, proper, or advisable to perform any of the Corporation's obligations under or in connection with the Interim DIP Order or any of the other Adequate Protection Documents and the transactions contemplated therein and to fully carry out the intent of the foregoing resolutions.

## RETENTION OF PROFESSIONALS

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Kirkland & Ellis LLP, as general bankruptcy counsel, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Kutak Rock LLP, as local bankruptcy counsel, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kutak Rock LLP.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Jefferies LLC, as investment banker, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Jefferies LLC.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Alvarez & Marsal North America, LLC, as restructuring advisor, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Alvarez & Marsal North America, LLC.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Epiq Bankruptcy Solutions, LLC as notice, claims, and balloting agent to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Epiq Bankruptcy Solutions, LLC.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of KPMG LLP as tax advisor, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of KPMG LLP.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RESOLVED, that each of the Authorized Officers be, and hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, objections, replies, applications, pleadings, lists, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, investment bankers, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Corporation's Chapter 11 Case, with a view to the successful prosecution of such case.

**<u>GENERAL</u>**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waives any right to have received such notice.

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts

were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board.

RESOLVED, that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member, managing member, or manager of each direct subsidiary of the Corporation, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

*     *     *     *     *

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Virginia
_____
(State)

Case number *(if known)*: _____     Chapter    11

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WILMINGTON SAVINGS FUND SOCIETY, FSB ATTN: PAT HEALEY 500 DELAWARE AVENUE WILMINGTON, DE  19801 | PAT HEALEY EMAIL - PHEALY@WSFSBANK.COM PHONE - 302-792-6000 FAX - 302-421-9137 | 2020 - 8.5% Notes | | | | $809,767,361 |
| 2 | WILMINGTON SAVINGS FUND SOCIETY, FSB ATTN: PAT HEALEY 500 DELAWARE AVENUE WILMINGTON, DE  19801 | PAT HEALEY EMAIL - PHEALY@WSFSBANK.COM PHONE - 302-792-6000 FAX - 302-421-9137 | 2019 - 7.25% Notes | | | | $312,445,833 |
| 3 | PATTERSON-UTI DRILLING CO LLC ATTN: SETH D. WEXLER GENERAL COUNSEL & SECRETARY 450 GEARS ROAD , STE 500 HOUSTON, TX  77067 | SETH D. WEXLER EMAIL - SWEXLER@FULBRIGHT.COM PHONE - 361-576-6896 FAX - 281-765-7175 | Trade Debt | | | | $1,711,590 |
| 4 | WADECO SPECIALTIES INC ATTN: CODY VOGLER CHIEF FINANCIAL OFFICER 8115 W INDUSTRIAL AVE ODESSA, TX  79765 | CODY VOGLER EMAIL - BILLING@WADECOSPECIALTIES.COM PHONE - 432-563-4340 FAX - 432-563-4342 | Trade Debt | | | | $453,949 |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | JONES DAY ATTN: NANCY MACKIMM PARTNER-IN-CHARGE 717 TEXAS SUITE 3300 HOUSTON, TX 75201 | NANCY MACKIMM EMAIL - NMACKIMM@JONESDAY.COM PHONE - 832-239-3939 FAX - 832-239-3600 | Trade Debt | | | | $423,686 |
| 6 | STEVENS TANKER DIVISION LLC ATTN: CHIEF FINANCIAL OFFICER 9757 MILITARY PARKWAY DALLAS, TX 75227 | CHIEF FINANCIAL OFFICER EMAIL AKENNEDY@STEVENTRANSPORTATION.COM PHONE - 972-216-9000 FAX - 214-647-5160 | Trade Debt | | | | $386,634 |
| 7 | GO WEST LOGISTICS LLC ATTN: CHIEF FINANCIAL OFFICER 110 S MAIN STREET MOULTON, TX 77975 | CHIEF FINANCIAL OFFICER EMAIL - ACCOUNTING@GOWESTLOGISTICS.COM; RTHOMAS@GOWESTLOGISTICS.COM PHONE - 361-596-4655 FAX - 855-563-3114 | Trade Debt | | | | $283,675 |
| 8 | WRANGLER TRUCKING LLC ATTN: CHIEF FINANCIAL OFFICER 726 N AVENUE D SHINER, TX 77984 | CHIEF FINANCIAL OFFICER EMAIL - WRANGLERTRUCKING@GMAIL.COM PHONE - 361-594-8275 FAX - 512-366-9811 | Trade Debt | | | | $275,506 |
| 9 | AMERICAN MIDSTREAM (LAVACA) LLC ATTN: BILL MATHEWS GENERAL COUNSEL & SECRETARY 1400 16TH STREET SUITE 310 DENVER, CO 80202 | BILL MATHEWS EMAIL - CBILBERRY@AMERICANMIDSTREAM.COM ACCOUNTSPAYABLE@AMERICANMIDSTREAM.COM PHONE - 303-942-2349 FAX - 713-815-3998 | Trade Debt | | | | $275,286 |
| 10 | ENERTIA SOFTWARE ATTN: FREDERICK E. FERRIS CHIEF FINANCIAL OFFICER AND EXECUTIVE VICE PRESIDENT 125 W MISSOURI AVE MIDLAND, TX 79701 | FREDERIC E. FERRIS CHIEF FINANCIAL OFFICER AND EXECUTIVE VICE PRESIDENT EMAIL - N/A PHONE - 800-297-1753 FAX - 432-685-1130 | Trade Debt | | | | $227,433 |
| 11 | REFINERY SPECIALTIES INC. ATTN: MICKEY D. TUCKER PRESIDENT 38106 FM 3346 PINE ISLAND, TX 77445 | MICKEY D. TUCKER PRESIDENT EMAIL - N/A PHONE - 979-826-4961 FAX - 979-826-4935 | Trade Debt | | | | $225,800 |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 | H & A CONSTRUCTION LLC ATTN: CHIEF FINANCIAL OFFICER 109 HORN ROAD LOGANSPORT, LA  71049 | CHIEF FINANCIAL OFFICER EMAIL - OFFICE@H-ACONSTRUCTION.COM PHONE - 318-697-4787 FAX - 318-697-4788 | Trade Debt | | | | $191,082 |
| 13 | RADNOR CENTER ASSOCIATES ATTN: BRAD A. MOLOTSKY GENERAL COUNSEL & SECRETARY 555 E LANCASTER AVA #1200 RADNOR, PA  19087 | BRAD A. MOLOTSKY EMAIL - REMIT@BDNREIT.COM PHONE - 610-688-0908 FAX -  610-832-7430 | Trade Debt | | | | $169,882 |
| 14 | NZONE GUIDANCE LLC ATTN: BRAD VAUGHN OWNER 921 W NEW HOPE DRIVE CEDAR PARK, TX  78613 | BRAD VAUGHN OWNER EMAIL - N/A PHONE - 512-528-9772 FAX - 512-528-9781 | Trade Debt | | | | $150,290 |
| 15 | MEMORIAL CITY TOWERS LTD ATTN: ROY F. JOHNSON CHAIRMAN, CEO OF MEMORIAL CITY TOWERS GP, LLC 820 GESSNER RD STE 1800 HOUSTON, TX  77024 | ROY F. JOHNSON CHAIRMAN, CEO OF MEMORIAL CITY TOWERS GP, LLC EMAIL - N/A PHONE - 713-468-4928 FAX - 713-468-3410 | Trade Debt | | | | $134,740 |
| 16 | CHESAPEAKE OPERATING INC. ATTN: DOMENIC J. DELL'OSSO, JR. CHIEF FINANCIAL OFFICER AND EXECUTIVE VICE PRESIDENT FOR CHESAPEAKE ENERGY CORP. 6100 NORTH WESTERN AVENUE OKLAHOMA CITY, OK  73118-1044 | DOMENIC J. DELL'OSSO, JR. CHIEF FINANCIAL OFFICER AND EXECUTIVE VICE PRESIDENT FOR CHESAPEAKE ENERGY CORP. EMAIL - N/A PHONE - 405-848-8000 FAX - 405-849-0082 | Trade Debt | | | | $81,929 |
| 17 | PIONEER WELL SERVICES ATTN: CHIEF FINANCIAL OFFICER 1250 NE LOOP 410 SUITE 1000 SAN ANTONIO, TX  78209 | CHIEF FINANCIAL OFFICER EMAIL - CREDITDEPARTMENT@PIONEERES.COM PHONE - 979-778-3448 FAX - 979-728-3632 | Trade Debt | | | | $78,880 |
| 18 | 3 ES INNOVATION INC. ATTN:BRUCE MACDONALD CHIEF FINANCIAL OFFICER 227 - 11TH AVENUE S.W. SUITE 400 CALGARY,   AB T2R 1R9 CANADA | BRUCE MACDONALD CHIEF FINANCIAL OFFICER EMAIL - INFO@3ESI-ENERSIGHT.COM PHONE - 403-270-3270 FAX - 403-270-3343 | Trade Debt | | | | $72,000 |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | GO WEST TRANSPORTATION & STORAGE LLC ATTN: RANDY THOMAS OWNER 7009 STATE HIGHWAY 304 HARWOOD, TX 78632 | RANDY THOMAS OWNER EMAIL - RTHOMAS@GOWESTLOGISTICS.COM PHONE - 830-540-3818 FAX - 855-563-3114 | Trade Debt | | | | $64,319 |
| 20 | EMK3 ATTN: GARY WITTSCHE PRESIDENT 1415 LEGACY DRIVE, SUITE 220 FRISCO, TX 75034 | GARY WITTSCHE EMAIL - TCOULTER@EMK3.COM PHONE - 972-668-6601 FAX - 972-668-6645 | Trade Debt | | | | $56,831 |
| 21 | PRIORITY ARTIFICIAL LIFT SVCS LLC ATTN: ALEX DUPLECHIN CHIEF FINANCIAL OFFICER 5655 W SAM HOUSTON PKWY N HOUSTON, TX 77041 | ALEX DUPLECHIN EMAIL - ADUPLECHIN@PRIORITYENERGYLLC.COM PHONE - 877-317-7467 FAX - 985-400-5085 | Trade Debt | | | | $44,289 |
| 22 | IHS GLOBAL INC. ATTN: TODD HYATT CHIEF FINANCIAL OFFICER 15 INVERNESS WAY E ENGLEWOOD, CO 80112-5710 | TODD HYATT EMAIL - CUSTOMERCARE@IHS.COM PHONE - 303-790-0600 FAX - 303-397-2599 | Trade Debt | | | | $43,632 |
| 23 | FESCO LTD ATTN: STEVE FINDLAY PRESIDENT 1000 FESCO AVENUE ALICE, TX 78332 | STEVE FINDLEY PRESIDENT EMAIL -STEVE.FINDLEY@FESCOINC.COM PHONE - 361-661-7000 FAX - 361-661-7004 | Trade Debt | | | | $33,657 |
| 24 | SMART FREIGHT FUNDING LLC ATTN: JARED FLINN PARTNER 15683 SPAULDING ST OMAHA, NE 68116-8411 | JARED FLINN PARTNER EMAIL - support@smartfreightfunding.com PHONE - 800-838-2907 FAX - N/A | Trade Debt | | | | $33,335 |
| 25 | TOTAL ENERGY SOLUTIONS LLC ATTN: CHIEF FINANCIAL OFFICER 1338 PETROLEUM PARKWAY BROUSSARD , LA 70518 | CHIEF FINANCIAL OFFICER EMAIL – ASHLEYD@TOTALENERGYSOLUTIONS.NET PHONE - 337-837-1595 FAX - 337-837-1433 | Trade Debt | | | | $32,475 |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| | | | | | Amount of claim | | |
| 26 | MARATHON OIL EF LLC ATTN: JOHN R. (J.R.) SULT CHIEF FINANCIAL OFFICER 5555 SAN FELIPE STREET HOUSTON, TX  77056 | JOHN R. (J.R.) SULT EMAIL - MEDIARELATIONS@MARATHONOIL.COM PHONE - 713-629-6600 FAX - 713-629-2358 | Trade Debt | | | | $32,365 |
| 27 | A2D TECHNOLOGIES INC. ATTN: CHIEF FINANCIAL OFFICER 2345 ATASCOCITA RD HUMBLE, TX  77396-3504 | CHIEF FINANCIAL OFFICER EMAIL - N/A PHONE - 281-319-4944 FAX - 281-319-4944 | Trade Debt | | | | $30,000 |
| 28 | COASTAL FLOW FIELD SERVICES INC. ATTN: CHIEF FINANCIAL OFFICER 5851 RED BLUFF PASADENA, TX  77505 | CHIEF FINANCIAL OFFICER EMAIL - CFMINFO@COASTALFLOW.COM PHONE - 281-888-9896 FAX - 832-830-8867 | Trade Debt | | | | $23,333 |
| 29 | SHAREHOLDERS.COM ATTN: CHIEF FINANCIAL OFFICER ONE LIBERTY PLAZA 165 BROADWAY NEW YORK, NY  10006 | CHIEF FINANCIAL OFFICER EMAIL - NOCS.BILLING@NASDAQ.COM PHONE - 212-401-8700 FAX - 301-978-4910 | Trade Debt | | | | $21,729 |
| 30 | IOS/INSPECTION OILFIELD SERVICES ATTN: JODY ARCENEAUX CHIEF FINANCIAL OFFICER 652 N. SAM HOUSTON PKWY E. STE 250 HOUSTON, TX  77060 | JODY ARCENEAUX CHIEF FINANCIAL OFFICER EMAIL - JARCENEAUX@IOSINSPECTION.COM PHONE - 337-856-9001 FAX - N/A | Trade Debt | | | | $21,437 |
| 31 | REM TORQUE TEST INC. ATTN: WES LADWIK OWNER 23 HAMPLE ROAD YOAKUM, TX  77995 | WES LADWIK OWNER EMAIL - N/A PHONE - 361-741-2373 FAX - 361-741-2383 | Trade Debt | | | | $21,319 |
| 32 | GE OIL & GAS PRESSURE CONTROL LP ATTN: ATTN: CHIEF FINANCIAL OFFICER 4424 WEST SAM HOUSTON PARKWAYS NORTH SUITE 100 HOUSTON, TX  77041 | ATTN: CHIEF FINANCIAL OFFICER EMAIL - N/A PHONE - 832-325-4200 FAX - 832-325-4350 | Trade Debt | | | | $20,013 |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 | TILLMAN & ASSOCIATES CONSULTING LLC ATTN: BOBBY TILLMAN PRESIDENT 801 N MUSTANG RD SUITE B YUKON, OK  73099 | BOBBY TILLMAN EMAIL - BTILLMAN@TILLMANCONSULTING.COM PHONE - 405-265-4800 FAX - 405-265-4804 | Trade Debt | | | | $18,740 |
| 34 | COASTAL CHEMICAL CO LLC ATTN: CHIEF FINANCIAL OFFICER 6133 HWY. 90 EAST BROUSSARD, LA  70518 | CHIEF FINANCIAL OFFICER EMAIL - N/A PHONE - 337-893-3862 FAX - 337-898-1185 | Trade Debt | | | | $17,321 |
| 35 | J & S WATER WELLS ATTN: MONTE RICHARDSON PRESIDENT 1056 E 1ST STREET BELLVILLE, TX  77418 | MONTE RICHARDSON EMAIL - monterichardsome@me.com PHONE - 800-833-5538 FAX - 979-865-8322 | Trade Debt | | | | $17,062 |
| 36 | LONE STAR TANK RENTAL ATTN: CHIEF FINANCIAL OFFICER 2512 WEST HWY 302 KERMIT, TX  79745 | CHIEF FINANCIAL OFFICER EMAIL - INFO@LONESTARTANK.COM PHONE - 469-517-5363 FAX - N/A | Trade Debt | | | | $15,315 |
| 37 | TEQSYS INC. ATTN: CHIEF FINANCIAL OFFICER 919 MAIN STREET BASTROP, TX  78602 | CHIEF FINANCIAL OFFICER EMAIL - SALES@TEQSYS.COM PHONE - 877-883-7797 FAX - 877-883-3981 | Trade Debt | | | | $14,925 |
| 38 | FITZPATRICK TUBING SERVICES ATTN: CHIEF FINANCIAL OFFICER SOUTH MEADOW LANE EL CAMPO, TX  77437-1672 | CHIEF FINANCIAL OFFICER EMAIL - INFO@FITZPATRICKTUBING.COM PHONE - 979-543-2206 FAX - 979-543-7268 | Trade Debt | | | | $14,750 |
| 39 | CAVALRY SOLUTIONS LLC ATTN: CHIEF FINANCIAL OFFICER 6400 S FIDDLERS GREEN CIR SUITE 1980 GREENWOOD VILLAGE, CO  80111 | CHIEF FINANCIAL OFFICER EMAIL - call@cavalry.solutions PHONE - 720-279-2213 FAX - | Trade Debt | | | | $14,430 |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 40 | NOV ATTN: JOSE A. BAYARDO CHIEF FINANCIAL OFFICER ARRAYANES LT 4 MZ14 CD IND BRUNO PAGLIAI VERACRUZ,  91697 MEXICO | JOSE A. BAYARDO CHIEF FINANCIAL OFFICER EMAIL - NOVTUBOSCOPEMX@NOV.COM PHONE - 52-229-923-3830 FAX - 713-346-7995 | Trade Debt | | | | $13,532 |
| 41 | GANEM & KELLY SURVEYING INC ATTN: CHIEF FINANCIAL OFFICER 101 LAMAR ST., SUITE 5 POINT COMFORT, TX  77978 | CHIEF FINANCIAL OFFICER EMAIL - MELGIN@GKSURVEYING.COM PHONE - 361-987-2011 FAX - 361-987-2140 | Trade Debt | | | | $12,620 |
| 42 | SWABBING JOHNS INC. ATTN: JOHN CHAPPELL OWNER/PRESIDENT HWY 76 NORTH LINDSAY, OK  73052 | JOHN CHAPPELL CHIEF FINANCIAL OFFICER EMAIL - JOHNCHAPPELL@COMCAST.NET OR JCHAPPELL@VALORNET.COM PHONE - 405-756-8141 FAX - 405-756-8916 | Trade Debt | | | | $12,463 |
| 43 | TEXPERTS INC. ATTN: GERHARD SAUMWEBER 1875 OLD ALABAMA RD, STE 110 ROSWELL, GA  30076 | GERHARD SAUMWEBER EMAIL - GSAUMWEBER@TEXPERTSINC.COM PHONE - 770-864-8888 FAX - 770-643-9196 | Trade Debt | | | | $12,364 |
| 44 | APEX REMINGTON INC. ATTN: RYAN MAHONY VICE PRESIDENT CONTROLLER 4608 S GARNETT ROAD SUITE 600 TULSA, OK  74146 | RYAN MAHONY EMAIL - N/A PHONE - 918-894-5000 FAX - 918-392-7623 | Trade Debt | | | | $12,183 |
| 45 | EXCALIBUR RENTALS INC. ATTN: AARON POZZI CHIEF FINANCIAL OFFICER 16108 NW ZAC LENTZ PARKWAY VICTORIA, TX  77905 | AARON POZZI CHIEF FINANCIAL OFFICER EMAIL - A.POZZI@EXCALIBURRENTALS.COM PHONE - 361-574-9373 FAX - 361-574-9397 | Trade Debt | | | | $10,976 |
| 46 | ACME TRUCK LINE INC. ATTN: CHIEF FINANCIAL OFFICER 200 WESTBANK EXPRESSWAY GRETNA, LA  70053 | CHIEF FINANCIAL OFFICER EMAIL - CREDIT@ACMETRUCK.COM PHONE - 504-368-2510 FAX - 888-345-2263 | Trade Debt | | | | $9,943 |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 47 | GREAT TEXAS COMPRESSION LLC ATTN:  MARTIN KALER 18615 TUSCANY STONE  SUITE 390 SAN ANTONIO, TX  78258 | MARTIN KALER EMAIL - INFO@GREATTEXASCOMPRESSION.COM PHONE - 210-260-1013 FAX - 210-569-6755 | Trade Debt | | | | $9,800 |
| 48 | DNOW LP ATTN: PHILLIP GOODWIN 7402 N ELDRIDGE PKWY HOUSTON, TX  77041 | PHILLIP GOODWIN EMAIL - PHILLIP.GOODWIN@DNOW.COM PHONE - 281-823-4021 FAX - N/A | Trade Debt | | | | $9,278 |
| 49 | ENABLE PRODUCTS LLC ATTN: CHIEF FINANCIAL OFFICER 515 CENTRAL PARK DR., STE 600 OKLAHOMA CITY, OK  73105 | CHIEF FINANCIAL OFFICER EMAIL - N/A PHONE - 405-557-6885 FAX - 405-557-6827 | Trade Debt | | | | $9,214 |
| 50 | MARTIN ELECTRIC COMPANY INC. ATTN: CHIEF FINANCIAL OFFICER 1504 W JACKSON ST EL CAMPO, TX  77437 | CHIEF FINANCIAL OFFICER EMAIL - PHONE - 979-543-6421 FAX - 979-578-0311 | Trade Debt | | | | $8,858 |

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | Penn Virginia Corporation, *et al.* |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| | (State) |
| Case number (if known): | |

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended Schedule

☒  *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | | |
|---|---|---|
| **05/12 /2016** | ☒ | *R. Seth Bullock* (signature) |
| MM/ DD/YYYY | | Signature of individual signing on behalf of debtor |
| | | **R. Seth Bullock** |
| | | Printed name |
| | | **Authorized Signatory** |
| | | Position or relationship to debtor |

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PENN VIRGINIA CORPORATION, | Case No. 16-_____ (___) |
| Debtor. |  |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Percentage Held |
|---|---|---|---|---|
| Penn Virginia Corporation | UBS O'Connor, LLC | One N. Wacker Dr., 32nd Fl. Chicago, IL 60606 | Preferred A | 51.49% |
| | Capstone Investment Advisors, LLC | Seven World Trade Center, 250 Greenwich St., 30th Fl. New York, NY 10005 | Preferred A | 37.02% |
| | Palisade Capital Management, LLC | One Bridge Plaza, #695 Fort Lee, NJ 07024 | Preferred A | 9.51% |
| | Individual Holders | c/o Cede & Co. (Fast Account) P.O. Box 20 Bowling Green Station New York, NY 10004-1408 | Preferred A | 1.91% |
| | Wells Fargo Securities, LLC | 375 Park Ave., 2nd Fl. New York, NY 10152 | Preferred A | 0.07% |
| | RBC Capital Markets, LLC | Three World Financial Ctr., 200 Vesey St. New York, NY 10281 | Preferred A | 0.01% |
| | UBS O'Connor, LLC | One N. Wacker Dr., 32nd Fl. Chicago, IL 60606 | Preferred B | 30.27% |
| | Seaport Global Securities, LLC | 360 Madison Ave., 22nd Fl. New York, NY 10017 | Preferred B | 21.63% |
| | Whitebox Advisors, LLC | 3033 Excelsior Blvd., #300 Minneapolis, MN 55416 | Preferred B | 10.35% |
| | Geode Capital Management, LLC | One Post Office Sq., 20th Fl. Boston, MA 02109 | Preferred B | 8.65% |
| | Columbia Management Investment Advisers, LLC | 225 Franklin St., 31st & 32nd Fl. Boston, MA 02110 | Preferred B | 6.94% |
| | Wells Fargo Securities, LLC | 375 Park Ave., 2nd Fl. New York, NY 10152 | Preferred B | 6.80% |
| | RBC Capital Markets, LLC | Three World Financial Ctr., 200 Vesey St. New York, NY 10281 | Preferred B | 4.12% |
| | Hutchin Hill Capital, L.P. | 142 W. 57th St., 15th Fl. New York, NY 10019 | Preferred B | 2.94% |
| | Highbridge Capital Management, LLC | 40 W. 57th St., 32nd Fl. New York, NY 10019 | Preferred B | 1.85% |
| | Capstone Investment Advisors, LLC | Seven World Trade Center, 250 Greenwich St., 30th Fl. New York, NY 10005 | Preferred B | 1.44% |

---

[1]   This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  Equity positions listed for Preferred A and Preferred B holders are as of January 20, 2016.  Equity positions listed for common holders are as of May 4, 2016.  Address information for individual holders has been redacted to maintain confidentiality.

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Percentage Held |
|---|---|---|---|---|
| Penn Virginia Corporation | Jefferies, LLC[2] | 520 Madison Ave., 16th Fl. New York, NY 10022 | Preferred B | 1.29% |
| | Tenor Capital Management Company, L.P. | 1180 Ave. of the Americas #1940 New York, NY 10036 | Preferred B | 1.24% |
| | Credit Suisse Securities (USA), LLC | 11 Madison Ave. New York, NY 10010 | Preferred B | 1.03% |
| | Basso Capital Management, L.P. | 1266 E. Main St., 4th Fl. Stamford, CT 06902 | Preferred B | 0.53% |
| | Cede & Co. (Fast Account) | P.O. Box 20 Bowling Green Station New York, NY 10004-1408 | Common | 99.40% |
| | Edward B. Cloues II | Redacted | Common | < 0.10% |
| | Steven W. Krablin | Redacted | Common | < 0.10% |
| | Gillespie Co. | P.O. Box 675 Tazewell, VA 24651-0675 | Common | < 0.10% |
| | Tenor Opportunity Master Fund LTD | 1180 Avenue of the Americas #1940 New York, NY 10036 | Common | < 0.10% |
| | D. Parks Bunn Jr. | Redacted | Common | < 0.10% |
| | George W. Williams | Redacted | Common | < 0.10% |
| | Frank A .Pici & Sharon L. Pici | Redacted | Common | < 0.10% |
| | Steven W. Krablin | Redacted | Common | < 0.10% |
| | Eleanor  Bowne Walsh | Redacted | Common | < 0.10% |
| | Bruce Frederick Miller | Redacted | Common | < 0.10% |
| | Nancy H. Chiles | Redacted | Common | < 0.10% |
| | Catherine Elisabeth Ericson | Redacted | Common | < 0.10% |
| | Robert W. Lowman & Myrtle W. Lowman | Redacted | Common | < 0.10% |
| | Rakesh Pai | Redacted | Common | < 0.10% |
| | Ernest L. Cox | Redacted | Common | < 0.10% |
| | David Allen Rotenberry | Redacted | Common | < 0.10% |
| | Leonard L. Ferrari | Redacted | Common | < 0.10% |
| | Richard T. Lewis | Redacted | Common | < 0.10% |
| | Shirley C. Burnett | Redacted | Common | < 0.10% |
| | William P. Ketcham | Redacted | Common | < 0.10% |
| | Michael E. Stamper | Redacted | Common | < 0.10% |
| | Casey A. Leenheer | Redacted | Common | < 0.10% |
| | Christine Willson | Redacted | Common | < 0.10% |
| | Vola B. Edwards | Redacted | Common | < 0.10% |
| | Thomas W. May | Redacted | Common | < 0.10% |
| | Virginia H. Meador | Redacted | Common | < 0.10% |
| | Michael M. Mullins | Redacted | Common | < 0.10% |
| | Barbara M. Donelik | Redacted | Common | < 0.10% |
| | Gail F. McArthur | Redacted | Common | < 0.10% |
| | Kenneth Kenderdine | Redacted | Common | < 0.10% |
| | Charlotte Munning | Redacted | Common | < 0.10% |
| | Joan M. Hess | Redacted | Common | < 0.10% |
| | Joseph J. Adams & Paula E. Adams | Redacted | Common | < 0.10% |
| | James Keith Buchanan | Redacted | Common | < 0.10% |
| | Robert F. Bonner | Redacted | Common | < 0.10% |
| | Richard G. Heintzelman Jr. | Redacted | Common | < 0.10% |
| | Philip R. Loe | Redacted | Common | < 0.10% |
| | Wilma D. Craig | Redacted | Common | < 0.10% |
| | Katherine Diane Leisenring & Madeline F. Leisenring | Redacted | Common | < 0.10% |
| | Robin K. Woolfenden | Redacted | Common | < 0.10% |
| | Penelope M. Krell | Redacted | Common | < 0.10% |
| | Susan Elizabeth Parks | Redacted | Common | < 0.10% |
| | Jeffrey J. Nemitz | Redacted | Common | < 0.10% |

---

[2]   Jefferies, LLC, commenced the process to sell out of its equity security position prior to the petition date.

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Percentage Held |
|---|---|---|---|---|
| Penn Virginia Corporation | Gary K. Wright | Redacted | Common | < 0.10% |
| | Irene Gourlay | Redacted | Common | < 0.10% |
| | Warren G. Williams | Redacted | Common | < 0.10% |
| | Jennifer Williams | Redacted | Common | < 0.10% |
| | Harry E. Janes | Redacted | Common | < 0.10% |
| | Joan C. Shunk | Redacted | Common | < 0.10% |
| | Jan Chalupny | Redacted | Common | < 0.10% |
| | Elizabeth F. Han | Redacted | Common | < 0.10% |
| | Litter Distributing Co. Inc. | P.O. Box 297 524 Eastern Ave. Chillicothe, OH 45601-3471 | Common | < 0.10% |
| | Cecile Many | Redacted | Common | < 0.10% |
| | Jennie Claire Proctor | Redacted | Common | < 0.10% |
| | Martin Pezoldt | Redacted | Common | < 0.10% |
| | Marguerite D. Lewis c/o Marguerite D. Catherman | Redacted | Common | < 0.10% |
| | Louis c. Diani | Redacted | Common | < 0.10% |
| | Wendell L. Archer | Redacted | Common | < 0.10% |
| | Robert W. Lowman | Redacted | Common | < 0.10% |
| | Chester R. Felkner, Jr. | Redacted | Common | < 0.10% |
| | Mary Felkner Smith | Redacted | Common | < 0.10% |
| | Marlene Linton | Redacted | Common | < 0.10% |
| | Marlene E. Linton | Redacted | Common | < 0.10% |
| | George David Dumbaugh | Redacted | Common | < 0.10% |
| | Barbara A. Shaw | Redacted | Common | < 0.10% |
| | Robert R. Waltz Jr. Cust Alexa A. Waltz | Redacted | Common | < 0.10% |
| | Robert R. Waltz Jr. Cust Megan R. Walsho | Redacted | Common | < 0.10% |
| | Leah N. Kiviat | Redacted | Common | < 0.10% |
| | Sara R. Berkenwald tod Michael L. Berkenwald | Redacted | Common | < 0.10% |
| | Phillip D. Weinstock | Redacted | Common | < 0.10% |
| | Edward L. Tribbey Sr. | Redacted | Common | < 0.10% |
| | Valerie S. Lucht Tod Ronald M. Lucht | Redacted | Common | < 0.10% |
| | Teresa D. Kelly | Redacted | Common | < 0.10% |
| | John W. Corn | Redacted | Common | < 0.10% |
| | George F. Parris, Jr. | Redacted | Common | < 0.10% |
| | Lone Star Value Investors LP | 53 Forest Ave. Old Greenwich, CT 06870 | Common | <0.10% |
| | Jeanne R. McFeely | Redacted | Common | < 0.10% |
| | William J. Regensburg & Doris L. Regensburg | Redacted | Common | <0.10% |
| | Marion S. Beauchemin | Redacted | Common | < 0.10% |
| | Myrtle F. Peragallo | Redacted | Common | < 0.10% |
| | Wendy R. Thurman | Redacted | Common | < 0.10% |
| | Stephen J. Koczo | Redacted | Common | < 0.10% |
| | Barbara R. Hensley tod Jamie L. Hensley | Redacted | Common | < 0.10% |
| | ChenG-Chih Chao | Redacted | Common | < 0.10% |
| | Donna Patrizio | Redacted | Common | < 0.10% |
| | Delta Resources Inc. | C/O LVMC Family Office P.O. Bix 1869 Nashville, TN 37024-1869 | Common | < 0.10% |
| | Grace A. Diehl | Redacted | Common | < 0.10% |
| | Thomas R.Duplantier | Redacted | Common | < 0.10% |
| | Marsha J. Nemitz | Redacted | Common | < 0.10% |
| | Helen O. Mara | Redacted | Common | < 0.10% |
| | James L. Sykes | Redacted | Common | < 0.10% |
| | Leigh Scot Woolfenden | Redacted | Common | < 0.10% |
| | Karl W. Williams | Redacted | Common | < 0.10% |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Percentage Held |
|---|---|---|---|---|
| Penn Virginia Corporation | Leslie C. Diani & Barbara A. Diani | Redacted | Common | < 0.10%. |
| | Karen Jordan | Redacted | Common | < 0.10% |
| | Gordon C. Campbell Jr. - Ex. Est. Elizabeth Edwards Campbell | Redacted | Common | < 0.10% |
| | Gordon C. Campbell, Jr. | Redacted | Common | < 0.10% |
| | Joseph R. Clair III | Redacted | Common | < 0.10% |
| | Earl A. Gray | Redacted | Common | < 0.10% |
| | Elizabeth Rook | Redacted | Common | < 0.10% |
| | Elaine M. Zecca | Redacted | Common | < 0.10% |
| | Stephanie B. Leisenring | Redacted | Common | < 0.10% |
| | Wendell Lee Archer | Redacted | Common | < 0.10% |
| | Brandon H. Beck - Cust Brian Hamilton Beck | Redacted | Common | < 0.10% |
| | Kathleen J. Lubbers | Redacted | Common | < 0.10% |
| | David Toro | Redacted | Common | < 0.10% |
| | Alan R. Van Gelder | Redacted | Common | < 0.10% |
| | Raymond J. Dobry | Redacted | Common | < 0.10% |
| | Karin E. Gapper | Redacted | Common | < 0.10% |
| | John R. Hastings & Kathryn C. Hastings | Redacted | Common | < 0.10% |
| | Martin R. McDonnell | Redacted | Common | < 0.10% |
| | Sara S. Senior | Redacted | Common | < 0.10% |
| | Ernest R. Ziegler & Jacqueline A. Ziegler | Redacted | Common | < 0.10% |
| | John B. Jones, Jr. | Redacted | Common | < 0.10% |
| | Diane Mainwold | Redacted | Common | < 0.10% |
| | Thomas J. Lubbers, | Redacted | Common | < 0.10% |
| | Scot A. Harlow - TTEE Edward B. Byrd - Rev Trust | Redacted | Common | < 0.10% |
| | Marc Soskin | Redacted | Common | < 0.10% |
| | H. Jarrell Gibbs | Redacted | Common | < 0.10% |
| | David T. Good | Redacted | Common | < 0.10% |
| | Anna E. Deppner - TOD John A. Deppner | Redacted | Common | < 0.10% |
| | Sydney L .Asbury | Redacted | Common | < 0.10% |
| | Richard L. Hallowell | Redacted | Common | < 0.10% |
| | Wendell L. Archer - Cust. Nicole L. Archer | Redacted | Common | < 0.10% |
| | Paul R. Johnson & Alice S. Johnson | Redacted | Common | < 0.10% |
| | Paul E. Frey | Redacted | Common | < 0.10% |
| | Helene B. Sandole | Redacted | Common | < 0.10% |
| | Linda K. Jenkins | Redacted | Common | < 0.10% |
| | Tamara Wax Cooper | Redacted | Common | < 0.10% |
| | Toby Wax Keller | Redacted | Common | < 0.10% |
| | Janet Myers & Gary Myers TTEES | Redacted | Common | < 0.10% |
| | Michael Haigney & James Haigney | Redacted | Common | < 0.10% |
| | Francis G. Jaros, Jr. | Redacted | Common | < 0.10% |
| | John A. Hollingsworth & Patricia A. Hollingsworth | Redacted | Common | < 0.10% |
| | George O. Thompson | Redacted | Common | < 0.10% |
| | Julia Webb | Redacted | Common | < 0.10% |
| | Nancy M. Snyder - Cust Matthew C. Haas | Redacted | Common | < 0.10% |
| | Esther S. Boepple | Redacted | Common | < 0.10% |
| | Henry Rodgers, Jr. | Redacted | Common | < 0.10% |
| | Robert S. Bond | Redacted | Common | < 0.10% |
| | Jerry B. Sliker | Redacted | Common | < 0.10% |
| | Shirley Brotzman | Redacted | Common | < 0.10% |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Percentage Held |
|---|---|---|---|---|
| Penn Virginia Corporation | Alan Russell Kahn - Cust. Amanda Heather Kahn | Redacted | Common | < 0.10% |
| | Alan Russell Kahn - Cust Kimberly Robin Kahn | Redacted | Common | < 0.10% |
| | Ned J. Branham | Redacted | Common | < 0.10% |
| | Barry L. Hollinger | Redacted | Common | < 0.10% |
| | Douglas Dalrymple | Redacted | Common | < 0.10% |
| | Elisbeth I. Evans | Redacted | Common | < 0.10% |
| | Christopher C. Evans | Redacted | Common | < 0.10% |
| | Christine Nolan | Redacted | Common | < 0.10% |
| | Alan R. Van Gelder & Arlene R. Van Gelder | Redacted | Common | < 0.10% |
| | Ralph W. Libbee | Redacted | Common | < 0.10% |
| | Joseph D.Zweig | Redacted | Common | < 0.10% |
| | Doris E. Dixey | Redacted | Common | < 0.10% |
| | James G. Kenan III | Redacted | Common | < 0.10% |
| | Walter C. Lehmer | Redacted | Common | < 0.10% |
| | Barnard G. Megargee | Redacted | Common | < 0.10% |
| | Stephen L. Parker - Cust. Hallie Mayhall Parker | Redacted | Common | < 0.10% |
| | Campbell B. Slemp | Redacted | Common | < 0.10% |
| | Jessica Delong | Redacted | Common | < 0.10% |
| | Allan C. Doerner | Redacted | Common | < 0.10% |
| | Paul Hanus | Redacted | Common | < 0.10% |
| | John I. Thompson | Redacted | Common | < 0.10% |
| | Billy Joe Hobbs, Jr. | Redacted | Common | < 0.10% |
| | Mary Jo Stewart | Redacted | Common | < 0.10% |
| | Connie L> Bulfinch | Redacted | Common | < 0.10% |
| | Robert M. Bulfinch | Redacted | Common | < 0.10% |
| | M. Evelyn Hudson | Redacted | Common | < 0.10% |
| | Terry M. Armstrong & Keith A. Armstrong | Redacted | Common | < 0.10% |
| | Patrick W. Darden | Redacted | Common | < 0.10% |
| | Michael De Vries | Redacted | Common | < 0.10% |
| | James E. Jarvis | Redacted | Common | < 0.10% |
| | Mary K. Koltz | Redacted | Common | < 0.10% |
| | Emily Zaczek | Redacted | Common | < 0.10% |
| | Mira B. Libby | Redacted | Common | < 0.10% |
| | Ronald Naftal | Redacted | Common | < 0.10% |
| | Christopher L. Richardson & Lilia G. Richardson | Redacted | Common | < 0.10% |
| | David A. Eamigh, JR. | Redacted | Common | < 0.10% |
| | George W. Burd | Redacted | Common | < 0.10% |
| | C. Burnett Freas, Jr. | Redacted | Common | < 0.10% |
| | George G. Burd | Redacted | Common | < 0.10% |
| | John f. Creek | Redacted | Common | < 0.10% |
| | W. Jack Davis & Debora K> Davis | Redacted | Common | < 0.10% |
| | Thomas E. Garcea | Redacted | Common | < 0.10% |
| | Dennis J. Henry | Redacted | Common | < 0.10% |
| | Northwest Christian School | 92 Route 519 Newton, NY 07860-6232 | Common | < 0.10% |
| | Robert C. Opperman | Redacted | Common | < 0.10% |
| | Mary L. Thacker | Redacted | Common | < 0.10% |
| | Grace Miller | Redacted | Common | < 0.10% |
| | Terry L. Dickenson | Redacted | Common | < 0.10% |
| | Dale Eamigh | Redacted | Common | < 0.10% |
| | Ronald D. Bailey | Redacted | Common | < 0.10% |
| | Dan R. Cooke | Redacted | Common | < 0.10% |
| | Gary L. Karstetter | Redacted | Common | < 0.10% |
| | Lynne Whitefield | Redacted | Common | < 0.10% |
| | Floyd E. Gailey | Redacted | Common | < 0.10% |
| | Lewis C. Beeler | Redacted | Common | < 0.10% |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Percentage Held |
|---|---|---|---|---|
| Penn Virginia Corporation | Joseph W. Crane, Jr. | Redacted | Common | < 0.10% |
| | Milodar Cvetkovich | Redacted | Common | < 0.10% |
| | Robert L. Daugherty | Redacted | Common | < 0.10% |
| | George H. Deppner | Redacted | Common | < 0.10% |
| | Charles W. Hill | Redacted | Common | < 0.10% |
| | Jeffrey L. Hundley | Redacted | Common | < 0.10% |
| | Scott A. Katzenmeyer | Redacted | Common | < 0.10% |
| | Gary L. McCrary | Redacted | Common | < 0.10% |
| | Patricia Ann Sliker | Redacted | Common | < 0.10% |
| | Ricky Muncey | Redacted | Common | < 0.10% |
| | Katrina Van Fosson | Redacted | Common | < 0.10% |
| | Joanne Briggs Slusser - Cust Martin E. Slusser  UNIF Gift | Redacted | Common | < 0.10% |
| | Scott J. Greenwell | Redacted | Common | < 0.10% |
| | Deborah Ann Michael | Redacted | Common | < 0.10% |
| | James A. Nelson | Redacted | Common | < 0.10% |
| | Barbara S. Rickards | Redacted | Common | < 0.10% |
| | Edwin M. Westover | Redacted | Common | < 0.10% |
| | Carmella Spinelli | Redacted | Common | < 0.10% |
| | John C. Flanagan, Jr. | Redacted | Common | < 0.10% |
| | Cristin Nicole Riffle | Redacted | Common | < 0.10% |
| | Robert E. Towner | Redacted | Common | < 0.10% |
| | Richard Katz & Betty Katz | Redacted | Common | < 0.10% |
| | Clement T. Romer III | Redacted | Common | < 0.10% |
| | John A. Romer | Redacted | Common | < 0.10% |
| | Susan E. Romer | Redacted | Common | < 0.10% |
| | Robert E. Fetty | Redacted | Common | < 0.10% |
| | Donald Ford | Redacted | Common | < 0.10% |
| | Stanley Kaqnia | Redacted | Common | < 0.10% |
| | David L. McDonald | Redacted | Common | < 0.10% |
| | Doris J. McGrath | Redacted | Common | < 0.10% |
| | Karen A. Rood c/o Casamatta | Redacted | Common | < 0.10% |
| | Lloyd Shell | Redacted | Common | < 0.10% |
| | Donald J. Swanson | Redacted | Common | < 0.10% |
| | Martin Whelan | Redacted | Common | < 0.10% |
| | Irena Jedryezka | Redacted | Common | < 0.10% |
| | Leyla Kardan | Redacted | Common | < 0.10% |
| | Robert Singleton | Redacted | Common | < 0.10% |
| | Paul J. Herron, Jr. | Redacted | Common | < 0.10% |
| | Michael C. Banks | Redacted | Common | < 0.10% |
| | James H. Beatty, Jr. | Redacted | Common | < 0.10% |
| | Dale L. Drake | Redacted | Common | < 0.10% |
| | Greg D. Greer | Redacted | Common | < 0.10% |
| | Thomas N. Lake | Redacted | Common | < 0.10% |
| | James C. McGrath | Redacted | Common | < 0.10% |
| | Donald J. Molzon & Lauretta B. Molzon | Redacted | Common | < 0.10% |
| | Maryann Pasko-Delagrange | Redacted | Common | < 0.10% |
| | Carmela Phillips | Redacted | Common | < 0.10% |
| | James J. Rager | Redacted | Common | < 0.10% |
| | Tammy L. Simonis | Redacted | Common | < 0.10% |
| | James E. Steurer | Redacted | Common | < 0.10% |
| | Etta M. Simmons | Redacted | Common | < 0.10% |
| | Roy A. Armstrong c/o Keith Armstrong | Redacted | Common | < 0.10% |
| | Justin Haas Harper | Redacted | Common | < 0.10% |
| | Sherri Lehmer Yuhas | Redacted | Common | < 0.10% |
| | Preston Emery Harper | Redacted | Common | < 0.10% |
| | Paul L. Ball | Redacted | Common | < 0.10% |
| | Michael Banks | Redacted | Common | < 0.10% |
| | Chris R. Blauvelt | Redacted | Common | < 0.10% |
| | Burton Brewer., Jr. | Redacted | Common | < 0.10% |
| | Hubert Campbell | Redacted | Common | < 0.10% |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Percentage Held |
|--------|-------------------|--------------------------|-------------------------|-----------------|
| Penn Virginia Corporation | Benjamin R. Contella | Redacted | Common | < 0.10% |
| | Mary Lou Creedon | Redacted | Common | < 0.10% |
| | Glenn S. Denoth | Redacted | Common | < 0.10% |
| | Peter H. Dershimer | Redacted | Common | < 0.10% |
| | Keith D. Frey | Redacted | Common | < 0.10% |
| | Lawrence W. Graham | Redacted | Common | < 0.10% |
| | Robert H. Holterman | Redacted | Common | < 0.10% |
| | Vincent C. Hughes | Redacted | Common | < 0.10% |
| | Michael Kelly | Redacted | Common | < 0.10% |
| | Nevin C. Kensinger | Redacted | Common | < 0.10% |
| | Nancy M. Kleber | Redacted | Common | < 0.10% |
| | Herbert E. Little | Redacted | Common | < 0.10% |
| | Ralph B. McDonald | Redacted | Common | < 0.10% |
| | Terry Murrell | Redacted | Common | < 0.10% |
| | Edmond C. Perry | Redacted | Common | < 0.10% |
| | Frank Petit | Redacted | Common | < 0.10% |
| | Virgil C. Plummer | Redacted | Common | < 0.10% |
| | Mark A. Satterly | Redacted | Common | < 0.10% |
| | Barbara J. Seymour | Redacted | Common | < 0.10% |
| | Walter R. Sharp | Redacted | Common | < 0.10% |
| | Deborah A. Sherrod | Redacted | Common | < 0.10% |
| | Frederick E. Simone, Jr. c/o Frederick E. Simone, Sr. | Redacted | Common | < 0.10% |
| | Melvin G. Sliker, Jr. | Redacted | Common | < 0.10% |
| | Dale L. Smith | Redacted | Common | < 0.10% |
| | Donald Swanson | Redacted | Common | < 0.10% |
| | David N. Tuel | Redacted | Common | < 0.10% |
| | Troy A. Washam | Redacted | Common | < 0.10% |
| | Steven J. Widner | Redacted | Common | < 0.10% |
| | Wayne A. Woodfork | Redacted | Common | < 0.10% |
| | William N. Young | Redacted | Common | < 0.10% |
| | Thomas G .Vasilev | Redacted | Common | < 0.10% |
| | Dayton J. Lundy | Redacted | Common | < 0.10% |
| | Chad R. Humphries | Redacted | Common | < 0.10% |
| | Dale V. Teets | Redacted | Common | < 0.10% |
| | Ina Hughes | Redacted | Common | < 0.10% |
| | Frank P. Marunich | Redacted | Common | < 0.10% |
| | Colleen D. Cassidy | Redacted | Common | < 0.10% |
| | Richard C. Wallace | Redacted | Common | < 0.10% |
| | James E. Adams | Redacted | Common | < 0.10% |
| | Jeffrey Akers | Redacted | Common | < 0.10% |
| | Charles Atkisson | Redacted | Common | < 0.10% |
| | Luther C. Bailey | Redacted | Common | < 0.10% |
| | Edward G. Balvin | Redacted | Common | < 0.10% |
| | Wayne Beasley | Redacted | Common | < 0.10% |
| | Brenda J. Beeler | Redacted | Common | < 0.10% |
| | Elizabeth Borbas | Redacted | Common | < 0.10% |
| | Business First of Louisville | C/O Mike Kallay P.O. Box 249 Louisville, KY 40201-0249 | Common | < 0.10% |
| | Hubert D. Campbell | Redacted | Common | < 0.10% |
| | Gene A. Cline | Redacted | Common | < 0.10% |
| | Cornelius Davidson | Redacted | Common | < 0.10% |
| | Alvah  J. DeMott | Redacted | Common | < 0.10% |
| | David L. Dickinson | Redacted | Common | < 0.10% |
| | Dale Drake | Redacted | Common | < 0.10% |
| | William J. Folsom | Redacted | Common | < 0.10% |
| | Charles A. Frye | Redacted | Common | < 0.10% |
| | Gary D. Gelston | Redacted | Common | < 0.10% |
| | Jack J. Gembach, Jr. | Redacted | Common | < 0.10% |
| | Stephen M. Gratzinger | Redacted | Common | < 0.10% |
| | Daniel R. Hamilton | Redacted | Common | < 0.10% |
| | Mark A. Heckell | Redacted | Common | < 0.10% |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Percentage Held |
|---|---|---|---|---|
| Penn Virginia Corporation | Scott A. Katzenmyer | Redacted | Common | < 0.10% |
| | William W. Kelly, Jr. | Redacted | Common | < 0.10% |
| | John M. Kortz | Redacted | Common | < 0.10% |
| | Walter Kukyciak | Redacted | Common | < 0.10% |
| | Gary D. Leeman, Sr. | Redacted | Common | < 0.10% |
| | Carla S. Lovorn | Redacted | Common | < 0.10% |
| | James M. MacPherson | Redacted | Common | < 0.10% |
| | Joel D. McCorkel | Redacted | Common | < 0.10% |
| | Mary S. McCormick | Redacted | Common | < 0.10% |
| | Delores E. Mobley | Redacted | Common | < 0.10% |
| | Rodney K. Parker | Redacted | Common | < 0.10% |
| | Marc e. Pewton | Redacted | Common | < 0.10% |
| | Andrzej Posacki | Redacted | Common | < 0.10% |
| | Teresa C. Ramos | Redacted | Common | < 0.10% |
| | Donald L. Reed | Redacted | Common | < 0.10% |
| | Vincent S. Roccella | Redacted | Common | < 0.10% |
| | Homer Rose, Jr. | Redacted | Common | < 0.10% |
| | Michael E. Russell | Redacted | Common | < 0.10% |
| | Jacqueline M. Sahrhage | Redacted | Common | < 0.10% |
| | Thomas L. Scucci | Redacted | Common | < 0.10% |
| | Dale Smith | Redacted | Common | < 0.10% |
| | David F. Stump | Redacted | Common | < 0.10% |
| | Carroll Nelson Tate c/o Robbie G. Tate | Redacted | Common | < 0.10% |
| | Ronald Utitus | Redacted | Common | < 0.10% |
| | George W. Burd | Redacted | Common | < 0.10% |
| | Jackie D. Williams | Redacted | Common | < 0.10% |
| | Anthony Wos | Redacted | Common | < 0.10% |
| | Anthony L. Wos | Redacted | Common | < 0.10% |
| | Danny H. Eamigh | Redacted | Common | < 0.10% |
| | Larry K. Palmer | Redacted | Common | < 0.10% |
| | Daniel W. Carroll | Redacted | Common | < 0.10% |
| | Melinda Hicks | Redacted | Common | < 0.10% |
| | Robert W. Ramey | Redacted | Common | < 0.10% |
| | Karla D. Bradley | Redacted | Common | < 0.10% |
| | Anna M. Jungclaus | Redacted | Common | < 0.10% |
| | Howard Haas Harper Cust Jeffrey Strauss | Redacted | Common | < 0.10% |
| | Barbara Haas Harper | Redacted | Common | < 0.10% |
| | Chris R. Blauvelt, Sr. | Redacted | Common | < 0.10% |
| | AST Exchange Agent #17911 | Penn Virginia Ser A Depositary 6202 15th Avenue Brooklyn, NY 11219 | Common | < 0.10% |
| | AST Exchange Agent #19465 | Penn Virginia Ser A Depositary 6202 15th Avenue Brooklyn, NY 11219 | Common | < 0.10% |
| | Marshall Wolf | Redacted | Common | < 0.10% |
| | A. James Dearlove | Redacted | Common | < 0.10% |
| | Morris Bolling | Redacted | Common | < 0.10% |
| | Gregory Michael Stewart | Redacted | Common | < 0.10% |

<table>
<tr><td colspan="2">Fill in this information to identify the case and this filing:</td></tr>
<tr><td>Debtor Name</td><td>Penn Virginia Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of Virginia</td></tr>
<tr><td></td><td>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended Schedule

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒  Other document that requires a declaration_____ List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**05/12 /2016**
MM/ DD/YYYY

☒ _R. Seth Bullock_____
Signature of individual signing on behalf of debtor

**R. Seth Bullock**
Printed name

**Authorized Signatory**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PENN VIRGINIA CORPORATION, | ) | Case No. 16-_____ (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| UBS O'Connor, LLC | 51.49% (Preferred A) |
| Capstone Investment Advisors, LLC | 37.02% (Preferred A) |
| UBS O'Connor, LLC | 30.27% (Preferred B) |
| Seaport Global Securities, LLC | 21.63% (Preferred B) |
| Whitebox Advisors, LLC | 10.35% (Preferred B) |

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | Penn Virginia Corporation |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration_____ Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| **05/12/2016** | ☒ _R. Seth Bullock_ |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **R. Seth Bullock** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**